UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:25-CV-08769-PD                              Date: December 29, 2025

Title   *Shermanita Michele Parrish et al v. United States of America*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause Re Service of Process on Defendants

On September 16, 2025, Plaintiffs Shermanita Michele Parrish and Brenda Parrish ("Plaintiffs") filed a complaint against Defendant the United States of America. Dkt. No. 1. On September 18, 2025, Plaintiffs filed a first amended complaint against the United States of America, United States Department of Agriculture, and Martha Clark ("Defendants"). Dkt. No. 4. On October 8, 2025, the Clerk issued summonses for Defendants. Dkt. No. 7.

More than ninety days have passed since Plaintiffs filed the complaint and first amended complaint. Plaintiffs have not filed a proof of service reflecting that they served Defendants. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-CV-08769-PD                                        Date: December 29, 2025

Title   _Shermanita Michele Parrish et al v. United States of America_

     Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, by **January 9, 2026**, why service was not timely made on Defendants, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution.  Failure to timely file a written response to this Order may result in dismissal of this action against Defendants for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  _See_ Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.